UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ABSOLUTE MACHINE TOOLS, INC., | ) | Case No.: 1:06 CV 2848 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| POWER ENGINEERING AND | ) | |
| MANUFACTURING LTD., | ) | |
| | ) | |
| Defendant | ) | |

This court has been advised by Magistrate Judge Kenneth S. McHargh, that the parties have settled this action and will be submitting a dismissal entry to the court. Therefore, it is not necessary that the action remain upon the calendar of the court. Joint Dismissal shall be filed within 14 days of the date of this Order.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

                                                                                  /s/*SOLOMON OLIVER, JR.*
                                                                                  UNITED STATES DISTRICT JUDGE

Dated: November 30, 2007